# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JESUS ANTONIO LUCERO-DIMAS,

Defendant.

Case No. 19CR2850-LAB

JUDGMENT OF DISMISSAL

FILED SEP 13 2019
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☐ the Court has granted the motion of the Government for dismissal, without prejudice; or

☒ the Court has granted the motion of the defendant to dismiss the Indictment; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment:

8:1325(a)(1) - Attempted Unlawful Entry by an Alien (Misdemeanor)(1); 8:1326(a),(b) - Attempted Reentry of Removed Alien(2)

Dated: 9/9/2019

Hon. Larry Alan Burns
Chief United States District Judge